UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARTHUR MILLER,

                      Plaintiff,

-against-

SOL KAPLOWITZ, JOHN HANCOCK
FINANCIAL SERVICES, and PONTE
BENEFIT CONSULTANTS, LLC,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 4344 (DLI)




    An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 4, 2008, dismissing the action for lack of subject matter jurisdiction, for the reasons stated on the record; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the action is dismissed for lack of subject matter jurisdiction, for the reasons stated on the record.

Dated: Brooklyn, New York
         June 04, 2008

S/RCH

_____
ROBERT C. HEINEMANN
Clerk of Court